FILED

2011 JAN 24  AM 11: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

THE ART LAW FIRM
ALEXANDRA DARRABY (SBN 089295)
12100 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone: (310) 806-9450
Facsimile:  (310) 943-0435
Email: info@artlawfirm.com

GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800
Email: nyleng@gtlaw.com

Attorneys for Defendant
DEAN VALENTINE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BABY MOOSE DRAWINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEAN VALENTINE, and DOES 1 through 10, <br><br> Defendants. | CASE NO. **CV 11 00697 JHN (JCGx)** <br><br> **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION JURISDICTION)** |

LA 129,297,151v3

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441(b) Defendant Dean Valentine ("Defendant") hereby files this Notice of Removal of the lawsuit styled as Baby Moose Drawings, Inc. v. Dean Valentine, et al., pending in the Superior Court of the State of California in and for the County of Los Angeles, Case No. BC448321 (the "State Court Action"). As grounds for removal, Defendant states as follows:

GENERAL REQUIREMENTS

1.     The State Court Action was commenced on October 26, 2010. A true and correct copy of the Summons and Complaint are attached hereto as Exhibit "A."

2.     Defendant was first served with a copy of the Summons and Complaint in this action on December 27, 2010.

3.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to provision of 28 U.S.C. § 1441(b) in that this case involves federal questions under the United States Copyright Act and the U.S. Constitution. See 17 U.S.C. § 301; U.S. Constitution, Articles I, III; Amends. V and XIV; Del Madera Props. v. Rhodes & Gardner, Inc., 820 F.2d 973, 976 (9th Cir. 1987).

4.     This action is a civil action alleging a purported claim under a state statute, commonly known as the California Resale Royalty Act, California Civil Code § 986, which is preempted by the federal copyright laws of the United States, particularly the 1976 Copyright Act, effective January 1, 1978, 17 U.S.C. 101 et seq., as amended generally and by the Berne Convention Implementation Act, Pub. L. No. 100-568, 102 Stat 2853 (Oct. 31, 1988).

5.     Section 301 of the Copyright Act of 1976, commonly known as the preemption provision, completely preempts California Civil Code Section 986. Section 301 recites the intention of Congress to preempt claims like those asserted in the civil action, which affect the exclusive rights legislated by the U.S. Congress. See 17 U.S.C. §§ 301; 106.

1

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

6.       Section 109 of the Copyright Act of 1976, commonly known as the First Sale Doctrine, preempts the California Resale Royalty Act, pursuant to Section 301 of the Copyright Act of 1976.  17 U.S.C. §§ 109; 301.  The  Copyright Act of 1976 Act contains an express provision codifying the  First Sale Doctrine.  Specifically, Section 109(a) permits the owner of a copy of a copyrighted work to "sell or otherwise dispose" of the work without the permission of the original author or copyright holder.

7.       Congress did not, and has not, relinquished any of its constitutional authority, obligations or rights, by implementing the Berne Convention Implementation Act, Pub. L. No. 100-568, 102 Stat 2853 (Oct. 31, 1988) into Title 17 of the United States Code, or by enacting Section 106A of Title 17, amending the Copyright Act of 1976. U.S. Constitution, Article I, Section 8; 17 U.S.C. §106A.

8.       The alleged transactions in the civil action occurred in interstate commerce. The California Resale Royalty Act, if applied to the civil action, would violate the Commerce Clause of the U.S. Constitution, Article I, Section 8, cl. 3.

9.       The California Resale Royalty Act, if applied to the civil action, conflicts with and is in violation of the Supremacy Clause of the U.S. Constitution, Article III, Section 2.

10.     The California Resale Royalty Act, if applied to the civil action, violates the Contracts Clause of the U.S. Constitution, Article I, Section 10.

11.     The California Resale Royalty Act is unconstitutional on its face, and as applied, and is unconstitutionally void for vagueness, and if applied to the civil action, violates federal due process as applicable to the states through the Fifth and Fourteenth Amendments under the U.S. Constitution, Articles I, III, Amends. V and XIV.

12.     The California Resale Royalty Act, if applied to the civil action, violates the Lanham Act by fostering unfair competition in commerce.  15 U.S.C. § 1125 et seq.

13.     Federal Court is the most appropriate place for this matter because the claims are based on federal constitutional law and federal statutes, including Congressional authority, implementation and regulation of treaties and international

2

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

LA 129,297,151v3

conventions, foreign commerce, and interstate commerce, including but not limited to the specified aforementioned provisions.

14.    *Morseburg v. Balyon*, 621 F.2d 972 (9th Cir. 1980) does not apply to the issues presented here as it was decided under the 1909 Copyright Act (the "1909 Act"), an act repealed by Congressional enactment of the Copyright Act of 1976 (the "1976 Act"), as amended generally, and as amended particularly by the Berne Convention Implementation Act of 1988.  Unlike the 1909 Act, the 1976 Act contains an express preemption provision in section 301(a), which preempts all other state law claims purporting to protect legal or equitable rights that are "equivalent to" any of the exclusive rights within the general scope of the federal Copyright legislative regime.  Accordingly, *Morseburg* did not consider the extent to which Section 301(a) preempts the California Resale Royalty Act.  *See id.* at 975 ("[w]e do not consider the extent to which the 1976 Act . . . may have pre-empted the California Act . .. [O]ur holding, as well as our reasons, are addressed to the 1909 Act only."  *See also Robert H. Jacobs, Inc. v. Westoaks Realtors, Inc.,* 159 Cal. App. 3d 637, 644 (1984) (citing commentary "that the Resale Royalties Act is also preempted by the 1976 Copyright Act").

Nor did *Morseburg* consider the impact or pre-emptive effect on the California Resale Royalty Act of Section 109(a) of the Copyright Act of 1976, codifying the First Sale Doctrine. *See* ¶ 6 *supra.*

15.    This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is filed within 30 days of Defendant being served with a copy of the Summons and Complaint.

16.    The undersigned has served written notice of the removal of this action on Plaintiff by serving its counsel with this Notice of Removal and has filed a copy of this Notice of Removal with the Clerk of the California Superior Court in and for the County of Los Angeles, California.

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

LA 129,297,151v3

17.    The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against them in the Superior Court of the Statement of California, Los Angeles County, be removed to this Court.  If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present additional evidence, a brief, and/or oral argument, if necessary.


DATED: January 24, 2011          THE ART LAW FIRM


By _____
   Alexandra Darraby

   Attorneys for Defendant
   DEAN VALENTINE

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

LA 129,297,151v3

# EXHIBIT "A"

2010-10-26 11:12   BLANCHARD LAW GROUP   9323265005J >>   2136253244   P 2/12

**SUMMONS**
*(CITACIÓN JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:** Dean Valentine, and Does 1 through 10
*(AVISO AL DEMANDADO):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

**OCT 26 2010**

John A. Clarke, Executive Officer/Clerk

By _____, Deputy
DARNETTA SMITH

**YOU ARE BEING SUED BY PLAINTIFF:** Baby Moose Drawings, Inc.
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE! The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of the State of California
111 North Hill Street
Los Angeles, CA 90012

CASE NUMBER:
*(Número del Caso)* **BC 448 321**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Peter R. Dion-Kindem (95267)      881-883-4400
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367

DATE:       JOHN A. CLARKE                        Deputy
*(Fecha)*                                          DARNE      *(Adjunto)*
                                                   SMITH

(For proof of service of this summons, use Proof of Service of Summons (POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
OCT 26 2010

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

1    LONNIE C. BLANCHARD, III (SBN 93530)
     THE BLANCHARD LAW GROUP, APC
2    3311 East Pico Boulevard
     Los Angeles, CA 90023
3    Telephone: (323) 268-6858
     Fax: (213) 402-3949

4

5    PETER R. DION-KINDEM (SBN 95267)
     PETER R. DION-KINDEM, P.C.
     DION-KINDEM & CROCKETT
6    21271 Burbank Blvd., Suite 100
     Woodland Hills, CA 91367
7    Telephone: 818-883-4400
     Fax: 818-676-0246

8   Attorneys for Plaintiff Baby Moose Drawings, Inc.

9

**FILED**
LOS ANGELES SUPERIOR COURT

OCT 26 2010

JOHN A. CLARKE, CLERK
BY DARNELLA SMITH, DEPUTY

*Dept 64*
*Kenneth R. Freeman*

10      SUPERIOR COURT OF THE STATE OF CALIFORNIA

11            COUNTY OF LOS ANGELES

12                          BC 448 321

13   Baby Moose Drawings, Inc.,         Case No.

14        Plaintiff,             **Complaint for Damages for Violation
                                of Civil Code Section 986**

15        vs.

16   Dean Valentine, and Does 1 through 10,

17        Defendants.

18

19      Plaintiff Baby Moose Drawings, Inc. alleges:

20      **First Cause of Action for Failure to Pay Royalties under Civil Code section 986**

21                      **(Against All Defendants)**

22   1.    Plaintiff Baby Moose Drawings, Inc. is the assignee of Mark Grotjahn's ("Grotjahn")

23      rights to collect royalties due from Defendants pursuant to California Civil Code section

24      986.

25   2.    Defendant Dean Valentine is a California resident.

26   3.    Plaintiff does not presently know the true names and capacities of the defendants sued

27      as Does 1 through 10 and therefore sues such defendants by these fictitious names.

28

                                Complaint

                                  1

Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, suppliers, agents, servants or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities and capacities when Plaintiff ascertains them. The Doe Defendants and the known defendants are referred to hereinafter collectively as "Defendants."

4.    Defendants have been or are the principals, officers, directors, agents, employees, representatives, and/or co-conspirators of each of the other defendants, and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefor. At some unknown time, the Defendants, or some of them, entered into a conspiracy with other of the Defendants to commit the wrongful acts described herein. The actions described below were taken in furtherance of such conspiracy. Defendants aided and abetted each other in the wrongful acts alleged herein. Each of the Defendants acted for personal gain or in furtherance of their own financial advantage in doing the acts alleged below.

5.    California Civil Code section 986 provides in relevant part:

(a) Whenever a work of fine art is sold and the seller resides in California or the sale takes place in California, the seller or the seller's agent shall pay to the artist of such work of fine art or to such artist's agent 5 percent of the amount of such sale. The right of the artist to receive an amount equal to 5 percent of the amount of such sale may be waived only by a contract in writing providing for an amount in excess of 5 percent of the amount of such sale. An artist may assign the right to collect the royalty payment provided by this section to another individual or entity. However, the assignment shall not have the effect of creating a waiver prohibited by this subdivision.

(1) When a work of fine art is sold at an auction or by a gallery, dealer, broker, museum, or other person acting as the agent for the seller the agent shall withhold 5 percent of the amount of the sale, locate the artist and pay the artist.

(2) If the seller or agent is unable to locate and pay the artist within 90 days, an amount equal to 5 percent of the amount of the sale shall be transferred to the Arts Council.

1

(3) If a seller or the seller's agent fails to pay an artist the amount equal to 5 percent of the sale of a work of fine art by the artist or fails to transfer such amount to the Arts Council, the artist may bring an action for damages within three years after the date of sale or one year after the discovery of the sale, whichever is longer. The prevailing party in any action brought under this paragraph shall be entitled to reasonable attorney fees, in an amount as determined by the court.

2

3

4

5   6.   In 2002, Grotjahn created an untitled original oil on linen painting described as "Orange

6   Butterfly MO2G." This painting was sold to Valentine. On or about November 15, 2007,

7   Valentine resold "Orange Butterfly MO2G" for the sum of $800,000 with a sales

8   premium of $137,000. The sales price was greater than the price for which Valentine had

9   purchased it. At the time of the resale, Valentine resided in California or the sale took

10  place in California.

11  7.   In 2005, Grotjahn created an untitled original oil on linen painting described as "Blue

12  Face Grotjahn." This painting was sold to Valentine. On or about May 15, 2008,

13  Valentine resold "Blue Face Grotjahn" for the sum of $1,050,000 with a sales premium of

14  $167,000. The sales price was greater than the price for which Valentine had purchased it.

15  At the time of the resale, Valentine resided in California or the sale took place in

16  California.

17  8.   In 1997, Grotjahn created an untitled original drawing described as "Three-Tiered

18  Perspective." This drawing was sold to Valentine. Within the last three years, Valentine

19  resold the drawing for a sales price that was greater than the price for which Valentine

20  had purchased it. At the time of the resale, Valentine resided in California or the sale took

21  place in California.

22  9.   At the time of the resales described above, Grotjahn was a citizen of the United States or

23  a resident of California who had resided in California for at least two years.

24  10.  In violation of Civil Code section 986, Valentine has failed and refused to pay the 5%

25  royalties due.

26  11.  As a result of Valentine's violation of Civil Code section 986, Plaintiff has been damaged

27  in an amount in excess of $107,700.

28

**Complaint**

3

12.    Plaintiff has incurred and will continue to incur attorney's fees in connection with this action and is entitled to recover same under the Civil Code section 986(a)(3).

WHEREFORE, Plaintiff prays that judgment be entered against Defendants as follows:

1.    For compensatory damages according to proof.

2.    For interest as allowed by law.

3.    For attorney's fees incurred.

4.    For costs of suit.

5.    For such other relief as the court may deem proper.

Dated: October 26, 2010                DION-KINDEM & CROCKETT

BY:_____
        PETER R. DION-KINDEM, P.C.
        PETER R. DION-KINDEM,
        Attorneys for Plaintiff Baby Moose
        Drawings, Inc.

Complaint
4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV11- 697 JHN (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Baby Moose Drawings, Inc. | Dean Valentine |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Lonnie C. Blanchard, III<br>Blanchard Law Group<br>3311 East Pico Boulevard<br>Los Angeles, CA 90023<br>Telephone: 323-268-6858 | Alexandra Darraby (SBN 089295)<br>THE ART LAW FIRM<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>E-mail: info@artlawfirm.com<br>Tel: 310-806-9450; Fax: 310-943-0435 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101 et seq.; 15 U.S.C. § 1125 et. seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise |  | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY |  | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation |  | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure |  |  | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | IMMIGRATION |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions |  |  |  |

| FOR OFFICE USE ONLY: | Case Number: **CV 11 00697** |
|---|---|

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

American LegalNet, Inc.<br>www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed **related** if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):  Alexandra Darraby                          Date  January 24, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com